# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NADIYA WILLIAMS-BOLDWARE | § | |
| | § | |
| v. | § | Case No. 4:09cv591 |
| | § | (Judge Schneider/Judge Mazzant) |
| DENTON COUNTY, TEXAS, ET AL. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On February 10, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Denton County Criminal District Attorney's Motion to Dismiss be granted.

The Court, having made a *de novo* review of the objections raised by Plaintiff, as well as the response filed by Defendant, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendant Denton County Criminal District Attorney's Motion to Dismiss (Dkt. #9) is **GRANTED** and Denton County Criminal District Attorney should be DISMISSED with prejudice. Plaintiff's claims against Denton County are still pending.

**IT IS SO ORDERED.**

SIGNED this 8th day of March, 2010.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE