# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NADIYA WILLIAMS-BOLDWARE | § | |
| | § | |
| v. | § | Case No. 4:09cv591 |
| | § | (Judge Schneider/Judge Mazzant) |
| DENTON COUNTY, TEXAS, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 25, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Amended Motion to Dismiss in Response to Plaintiff's Rule 7 Reply (Dkt. #62) should be granted.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendants' Amended Motion to Dismiss in Response to Plaintiff's Rule 7 Reply (Dkt. #62) is GRANTED and Plaintiff's failure to promote claim is DISMISSED. Since there are no other claims against these Defendants, Cary Piel, Susan Piel, and Ryan Calvert are DISMISSED with prejudice.

**It is SO ORDERED.**

**SIGNED this 16th day of February, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE